UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GHASSAN JAMIL IBRAHIM #A031-069-792 | CASE NO. 6:18-CV-01485 SEC P |
| VERSUS | JUDGE SUMMERHAYS |
| IMMIGRATION & CUSTOMS ENFORCEMENT ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record

**IT IS ORDERED, ADJUDGED AND DECREED** the Petitioner for Writ of Habeas Corpus be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

THUS DONE in Chambers on this 8th day of March, 2019.

Robert R. Summerhays
United States District Judge